# EXHIBIT B

Non 5

Syn 5                                    allowed

# NOSB NATIONAL LIST
# FILE CHECKLIST

## PROCESSING

**MATERIAL NAME:** Citric Acid

**CATEGORY:** Synthetic Allowed                 Complete?: 3/16

√          NOSB Database Form

√          References

√          MSDS (or equivalent)

√          FASP (FDA)

√          Date file mailed out: ____1/8/95____

√          TAP Reviews from: ___Steve Taylor___
           ___Steven Harper___
           ___Bob Durst___

____       Supplemental Information:

Microbial Ferm. only ....
becaus of substrate might to
as product

**MISSING INFORMATION:** _____

Page 1

# NOSB/NATIONAL LIST
# COMMENT FORM/BALLOT

**Use this page to write down comments and questions regarding the data presented in the file of this National List material. Also record your planned opinion/vote to save time at the meeting on the National List.**

**Name of Material** *Citric Acid*

**Type of Use:** _____ **Crops;** _____ **Livestock;** ✓ **Processing**

**TAP Review by:**

1. *Steve Taylor*
2. *Steven Harper*
3. *Bob Durst*

**Comments/Questions:**

**My Opinion/Vote is:**

**Signature** _____  **Date** _____

Page 2

1.

# USDA/TAP REVIEWER COMMENT FORM

Use this page or an equivalent to write down comments and summarize your evaluation regarding the data presented in the file of this potential National List material.  Attach additional sheets if you wish.

This file is due back to us within 30 days of: __Jan 7__

**Name of Material:** _Citric Acid_

**Reviewer Name:** _Steve Taylor_

**Is this substance Natural or Synthetic? Explain (if appropriate)**

Natural

**Please comment on the accuracy of the information in the file:**

**This material should be added to the National List as:**

_____ **Synthetic Allowed**        _____ **Prohibited Natural**

or, _____ **This material does not belong on the National List because:**

**Are there any restrictions or limitations that should be placed on this material by use or application on the National List?**

Made by fermentation. Fermentation is natural but process does ~~only~~ involve use of other substances: substrates: corn syrup, sucrose

**Any additional comments or references?** ammonium bicarbonate

Need to find out more about process and processing aids to make determination.

**Signature** _Steve Taylor_        **Date** _3-5-95_

Page 3

2.

# USDA/TAP REVIEWER COMMENT FORM

Use this page or an equivalent to write down comments and summarize your evaluation regarding the data presented in the file of this potential National List material. Attach additional sheets if you wish.

This file is due back to us within 30 days of: _Jan 7_

Name of Material: _Citric Acid_

Reviewer Name: _Steven Harper_

Is this substance Natural or Synthetic? Explain (if appropriate)

Synthetic

Please comment on the accuracy of the information in the file:

Good

This material should be added to the National List as:

__x__ **Synthetic Allowed** _____ **Prohibited Natural**

or, _____ This material does not belong on the National List because:

Are there any restrictions or limitations that should be placed on this material by use or application on the National List?

No.

Any additional comments or references?

Signature _Steven Harper_  Date _3/10/95_

Page 4

3.

# USDA/TAP Reviewer
# Comment Form

Material: Citric acid

Reviewer: Bob Durst

---

Is this substance Natural or Synthetic? Explain (if appropriate)

It is a natural occurring substance that commercially goes through numerous chemical processes to get to it's final usable form. This processing would suggest that it be classified as synthetic.

Please comment on the accuracy of the information in the file:

The file is accurate.

This material should be added to the National List as:

    X    Synthetic Allowed,

        Prohibited Natural, or

        This material does not belong on the National List because:

Are there any restriction or limitations that should be placed on this material by use or application on the National List?

Must be listed on the ingredient label if it used used.

Unless it is actually derived from a natural source the labeling must not indicate that it is a natural compound.

Any additional comments or references?

As with all synthetic inorganic salts, source must be food grade. In addition each lot should be analyzed for toxic element concentrations (mercury, lead, cadmium, arsenic, thallium and antimony) and a near zero tolerance adopted.

Since citrus juices are a high natural source of citric acid, it might be advisable to find a manufacturer that is willing to isolate citric acid from organically grown fruit in an organically acceptable manner, and get a natural citric acid.

Signature _Robert W. Durst_      Date _3/4/95_

# NOSB Materials Database

4.

## Identification

**Common Name** **Citric Acid**     **Chemical Name** B-hydroxy-tricarboxylic acid C6H8O7

**Other Names** Citric Acid, Anhydrous USP/FCC

**Code #: CAS** 77-92-9     **Code #: Other** 21 CFR 182-1033

**N. L. Category** Synthetic Allowed     **MSDS** ⦿ yes ○ no

## Chemistry

**Family** Aliphatic Acid

**Composition** $C_6H_8O_7$

**Properties** Colorless, translucent crystals, (or) white granular to fine crystalline powder, odorless, strong acid taste.

**How Made** Traditionally by extraction from citrus juice, no longer commercially available. It is now extracted by fermentation of a carbohydrate substrate (often molasses) by citric acid bacteria, *Aspergillus niger* (a mold) or *Candida guilliermondii* (a yeast). Citric acid is recovered from the fermentation broth by a lime and sulfuric acid process in which the citric acid is first precipitated as a calcium salt and then reacidulated with sulfuric acid.

## Use/Action

**Type of Use** Processing

**Specific Use(s)** Production of fruit products, juices, oils, fats etc. for pH control, flavor enhancer, flavoring agent or adjuvant, leavening agent, sequestrant, antioxidant, solvent, antimicrogial agent, surface-active agent.

**Action** Optimizes stability of frozen foods by enhancing the action of antioxidants and inactivating enzymes. Brings out flavor in carbonated beverages. Acts as a synergist for antioxidants employed in inhibiting rancidity in foods containg fats and oils.

**Combinations** pure substance

## Status

**OFPA**

**N. L. Restriction** Currently considered synthetic by NOSB.

**EPA, FDA, etc** FDA -GRAS

**Directions**

**Safety Guidelines** Eye irritant, dust may cause mild respiratory irritation.

**State Differences**

**Historical status** Always been allowed in organic processing and considered natural.

**Internationl status** Allowed by IFOAM, EU and Codex.

# NOSB Materials Database

5.

## OFPA Criteria

2119(m)1: chemical interactions     **Not Applicable**

2119(m)2: toxicity & persistence     **Not Applicable**

2119(m)3: manufacture & disposal consequences

Microbial fermentation --Clarification --Precipitation --Dissolution --Crystallization --Drying --Sifting --packaging. The NOSB judged that citric acid produced by natural fermentation of carbohydrate substrates and purified by the lime-sulfuric method is synthetic because the citric acid comes into contact with lime and sulfuric acid and because of the chemical change from citric acid to calcium citrate and then back to citric acid during purification.

Biomass residuals are usually recycled as animal feeds and for agriculture.

2119(m)4: effect on human health

Material has been affirmed as GRAS by FDA for use in foods. The amount of citrate added to foods by food processors is about 500 mg per person per day. This amount occurs naturally in 2 ounces of orange juice and does not constitute a significant addition to the total body load.

Long term oral over exposure may cause damage to tooth enamel. Considered an irritatant to eyes and respiratory system during manufacture and handling. Recommended use of eye and respiratory protection during handling. Oral LD50 (rat) 11,700 mg/kg; dermal (acute) tested on skin of rabbit 500mg/24 hr moderate; eye 750 mg/24hr severe. FDA tests show no effect on reproduction, teratogenicity or oncogenicity in rats.

2119(m)5: agroecosystem biology     **Not Applicable**

2119(m)6: alternatives to substance

Lactic acid ( has some taste problems and not used in infant foods).
Vinegar (strange taste in some foods).
Citrus juices.

2119(m)7: Is it compatible?

Compatible

## References

1. FDA. 1977. Evaluation of the health aspects of citric acid, sodium citrate, potassium citrate, calcium citrate, ammonium citrate, triethyl citrate, isopropyl citrate, and stearyl citrate as food ingredients. SCOGS-84. Life Science Research Office, 9650 Rockville Pike, Bethesda, Maryland 20014.

2. Ag Partners of Davis, *Materials Report for Citric Acid*, 1995. Organic Trade Association, Greenfield, MA

6.

---
MSDS for   CITRIC ACID, MONOHYDRATE                    Page  1
---

---
## 1 - PRODUCT  IDENTIFICATION
---
PRODUCT NAME:   CITRIC ACID, MONOHYDRATE
FORMULA:       HOC(COOH)(CH2COOH)2 H2O     FORMULA WT:    210.14
CAS NO.:     5949-29-1
COMMON SYNONYMS:  2-HYDROXY-1,2,3,PROPANE-TRICARBOXYLIC  ACID, MONOHYDRATE
PRODUCT CODES:   0118,0120,0119,0110
 EFFECTIVE: 12/01/86                          REVISION #02

               PRECAUTIONARY LABELLING
BAKER SAF-T-DATA(TM) SYSTEM
         HEALTH    - 0 NONE
          FLAMMABILITY - 1 SLIGHT
          REACTIVITY  - 0 NONE
          CONTACT   - 1 SLIGHT
HAZARD RATINGS ARE 0 TO 4 (0 = NO HAZARD; 4 = EXTREME HAZARD).
LABORATORY PROTECTIVE EQUIPMENT:  SAFETY GLASSES; LAB COAT

PRECAUTIONARY LABEL STATEMENTS
          CAUTION
          MAY CAUSE IRRITATION
DURING USE AVOID CONTACT WITH EYES, SKIN, CLOTHING.  WASH THOROUGHLY AFTER
HANDLING.  WHEN NOT IN USE KEEP IN TIGHTLY CLOSED CONTAINER.
SAF-T-DATA(TM) STORAGE COLOR CODE:   ORANGE (GENERAL STORAGE)

---
## 2 - HAZARDOUS  COMPONENTS
---
         COMPONENT         %   CAS NO.
CITRIC ACID, MONOHYDRATE              05949-29-1

---
## 3 - PHYSICAL  DATA
---
BOILING POINT:  N/A         VAPOR PRESSURE(MM HG): N/A
MELTING POINT:  N/A          VAPOR DENSITY(AIR=1): N/A
SPECIFIC GRAVITY: 1.54        EVAPORATION RATE:   N/A
 (H2O=1)              (BUTYL ACETATE=1)
SOLUBILITY(H2O):   APPRECIABLE (MORE THAN 10 %)  % VOLATILES BY VOLUME: 0
APPEARANCE & ODOR: WHITE, ODORLESS POWDER.

---
## 4 - FIRE  AND  EXPLOSION  HAZARD  DATA
---
FLASH POINT (CLOSED CUP  N/A
FLAMMABLE LIMITS: UPPER - N/A %    LOWER - N/A %
FIRE EXTINGUISHING MEDIA
 USE WATER SPRAY, CARBON DIOXIDE, DRY CHEMICAL OR ORDINARY FOAM.

SPECIAL FIRE-FIGHTING PROCEDURES
 FIREFIGHTERS SHOULD WEAR PROPER PROTECTIVE EQUIPMENT AND SELF-CONTAINED
 BREATHING APPARATUS WITH FULL FACEPIECE OPERATED IN POSITIVE PRESSURE MODE.

7.

TOXIC GASES PRODUCED:   CARBON MONOXIDE, CARBON DIOXIDE

--------------------------------------------------------------------

## 5 - HEALTH HAZARD DATA
--------------------------------------------------------------------
TOXICITY TEST RESULTS AND SAFETY AND HEALTH EFFECTS ARE LISTED FOR THE
ANHYDROUS PRODUCT.
TOXICITY:  LD50 (ORAL-RAT)(G/KG)      - 11.7
        LD50 (IPR-RAT)(MG/KG)      - 883
        LD50 (SCU-RAT)(MG/KG)      - 5500
        LD50 (ORAL-MOUSE)(MG/KG)     - 5040
CARCINOGENICITY: NTP: NO    IARC: NO    Z LIST: NO    OSHA REG: NO
EFFECTS OF OVEREXPOSURE
  DUST MAY IRRITATE NOSE AND THROAT.
  DUST MAY CAUSE HEADACHE, COUGHING, DIZZINESS OR DIFFICULT BREATHING.
  DUST MAY IRRITATE OR BURN MUCOUS MEMBRANES.
  CONTACT WITH SKIN OR EYES MAY CAUSE IRRITATION.

TARGET ORGANS:  EYES, SKIN
MEDICAL CONDITIONS GENERALLY AGGRAVATED BY EXPOSURE:   NONE IDENTIFIED
ROUTES OF ENTRY:  INHALATION, EYE CONTACT, SKIN CONTACT

EMERGENCY AND FIRST AID PROCEDURES
  INGESTION:    IF SWALLOWED AND THE PERSON IS CONSCIOUS, IMMEDIATELY GIVE
          LARGE AMOUNTS OF WATER. GET MEDICAL ATTENTION.
  INHALATION:   IF A PERSON BREATHES IN LARGE AMOUNTS, MOVE THE EXPOSED
          PERSON TO FRESH AIR. GET MEDICAL ATTENTION.
  EYE CONTACT:  IMMEDIATELY FLUSH WITH PLENTY OF WATER FOR AT LEAST 15
          MINUTES. GET MEDICAL ATTENTION.
  SKIN CONTACT:  IMMEDIATELY WASH WITH PLENTY OF SOAP AND WATER FOR AT LEAST
          15 MINUTES.

--------------------------------------------------------------------

## 6 - REACTIVITY DATA
--------------------------------------------------------------------
STABILITY: STABLE          HAZARDOUS POLYMERIZATION: WILL NOT OCCUR
INCOMPATIBLES:     STRONG BASES
DECOMPOSITION PRODUCTS: CARBON MONOXIDE, CARBON DIOXIDE
--------------------------------------------------------------------

## 7 - SPILL AND DISPOSAL PROCEDURES
--------------------------------------------------------------------
STEPS TO BE TAKEN IN THE EVENT OF A SPILL OR DISCHARGE
  WEAR SUITABLE PROTECTIVE CLOTHING.  CAREFULLY SWEEP UP AND REMOVE.
DISPOSAL PROCEDURE
  DISPOSE IN ACCORDANCE WITH ALL APPLICABLE FEDERAL, STATE, AND LOCAL
  ENVIRONMENTAL REGULATIONS.

--------------------------------------------------------------------

## 8 - PROTECTIVE EQUIPMENT
--------------------------------------------------------------------
VENTILATION:       USE ADEQUATE GENERAL OR LOCAL EXHAUST VENTILATION
          TO KEEP FUME OR DUST LEVELS AS LOW AS POSSIBLE.
RESPIRATORY PROTECTION: NONE REQUIRED WHERE ADEQUATE VENTILATION
          CONDITIONS EXIST. IF AIRBORNE CONCENTRATION IS
          HIGH, USE AN APPROPRIATE RESPIRATOR OR DUST MASK.
EYE/SKIN PROTECTION:    SAFETY GLASSES WITH SIDESHIELDS, NITRILE GLOVES
          RECOMMENDED.

8.

----------------------------------------------------------------------
### 9 - STORAGE AND HANDLING PRECAUTIONS
----------------------------------------------------------------------

SAF-T-DATA(TM) STORAGE COLOR CODE:   ORANGE (GENERAL STORAGE)
SPECIAL PRECAUTIONS
 KEEP CONTAINER TIGHTLY CLOSED. SUITABLE FOR ANY GENERAL CHEMICAL STORAGE
 AREA.

----------------------------------------------------------------------
### 10 - TRANSPORTATION DATA AND ADDITIONAL INFORMATION
----------------------------------------------------------------------

DOMESTIC (D.O.T.)
PROPER SHIPPING NAME    CHEMICALS, N.O.S. (NON-REGULATED)

INTERNATIONAL (I.M.O.)
PROPER SHIPPING NAME    CHEMICALS, N.O.S. (NON-REGULATED)

9.

```
05 MAY 94                                                    PAGE   1
DOCNUM=1937


                        U.S. FOOD AND DRUG ADMINISTRATION
                            FOOD ADDITIVE SAFETY PROFILE
------------------------------------------------------------------------

CITRIC ACID

CAS#:    000077929    HUMAN CONSUMPTION:     90.5367     MG/KG BW/DAY/PERSON
FASP#:   1937         MARKET DISAPPEARANCE:  106833333.333LBS/YR
TYPE:    ASP          MARKET SURVEY:         87
NAS#:    2306         JECFA:                 NL-C
FEMA#:   2306         JECFA ADI:                         MG/KG BW/DAY/PERSON
GRAS#:   3            JECFA ESTABLISHED:     1979
POTENTIAL BEVERAGE USE LAST UPDATE:          931115

FW:      192.12       DENSITY:               LOGP:

STRUCTURE CATEGORIES:  A6

COMPONENTS:

SYNONYMS:             CITRIC ACID, ANHYDROUS
                      2-HYDROXY-1,2,3-PROPANETRICARBOXYLIC ACID
                      HYDROXYTRICARBOXYLIC ACID, BETA-
                      1,2,3-PROPANETRICARBOXYLIC ACID, 2-HYDROXY-
                      ACIDE CITRIQUE


CHEMICAL FUNCTION:    F

TECHNICAL EFFECT:     PH CONTROL AGENT
                      FLAVOR ENHANCER
                      FLAVORING AGENT OR ADJUVANT
                      LEAVENING AGENT
                      SEQUESTRANT
                      ANTIOXIDANT
                      SOLVENT OR VEHICLE
                      SURFACE-ACTIVE AGENT
                      ANTIMICROBIAL AGENT
                      ENZYME

CFR REG NUMBERS:      173.165          172.755          182.6033
                      182.1033         PART 133         PART 146
                      161.190          PART 169         PART 150
                      155.130          145.145          131.111
                      131.112          131.136          131.144
                      131.138          131.146          146.187
                      150.161          150.141          166.40
                      169.115          169.140          169.150
                      173.160          173.280          145.131
                      166.110          184.1033

MINIMUM TESTING LEVEL: 3

COMMENTS:  STUDY 1-12 FROM SCOGS-84

------------------------------------------------------------------------

BOX 4A:   LOWEST EFFECT LEVEL OBSERVED IN ALL AVAILABLE RAT OR MOUSE STUDIES

STUDY:    4           COMPLETENESS:    RANKING FACTOR: 1.938E-2
SPECIES:  RAT                          LEL:    4670    MG/KG BW/DAY
EFFECTS:  CHOLESTEROL DECREASE
          GLUTAMIC-OXALOACETIC TRANSAMINASE (SGOT/AST) INCREASE
          ORGAN WEIGHT DECREASE
          CELLULAR ATROPHY
SITES:    THYMUS
          SPLEEN
COMMENTS: MALES ONLY
          SLIGHT ATROPHY OF THYMUS AND SPLENIC FOLLICLES
          DATA FROM SCOGS-84

------------------------------------------------------------------------
```

10.

05 MAY 94                                                        PAGE    2

DOCNUM=1937


BOX 4C:   LOWEST EFFECT LEVEL OBSERVED IN ALL AVAILABLE STUDIES

STUDY:    4              COMPLETENESS:        RANKING FACTOR: 1.938E-2
SPECIES:  RAT                                 LEL:    4670    MG/KG BW/DAY
EFFECTS:  CHOLESTEROL DECREASE
          GLUTAMIC-OXALOACETIC TRANSAMINASE (SGOT/AST) INCREASE
          ORGAN WEIGHT DECREASE
          CELLULAR ATROPHY
SITES:    THYMUS
          SPLEEN
COMMENTS: MALES ONLY
          SLIGHT ATROPHY OF THYMUS AND SPLENIC FOLLICLES
          DATA FROM SCOGS-84

----------------------------------------------------------------------

BOX 7:    ACUTE TOXICITY INFORMATION

STUDY:    2                              SOURCE: J TAKEDA RES LAB 30:25-31
SPECIES:  RAT                            YEAR:   1971
                                         LD50:   12000   MG/KG BW
COMMENTS:

STUDY:    1                              SOURCE: J TAKEDA RES LAB 30:25-31
SPECIES:  MOUSE                          YEAR:   1971
                                         LD50:   5000    MG/KG BW
COMMENTS:


----------------------------------------------------------------------

BOX 9:    ORAL TOXICITY STUDIES (OTHER THAN ACUTE)

STUDY:    3              COMPLETENESS:   SOURCE: REV PORT FARM 20:41-46
TYPE:     SHORT TERM                     YEAR:   1970
SPECIES:  RAT                            LEL:    200     MG/KG BW/DAY
DURATION: 9 DAYS                         HNEL:
EFFECTS:  BODY WEIGHT DECREASE
SITES:
COMMENTS: INITIAL DECREASE IN WEIGHT DID NOT PERSIST
          NOT USED FOR PRIORITY RANKING

STUDY:    4              COMPLETENESS:   SOURCE: J TAKEDA RES LAB 30:25-31
TYPE:     SHORT TERM                     YEAR:   1971
SPECIES:  RAT                            LEL:    4670    MG/KG BW/DAY
DURATION: 42 DAYS                        HNEL:   2260    MG/KG BW/DAY
EFFECTS:  CHOLESTEROL DECREASE
          GLUTAMIC-OXALOACETIC TRANSAMINASE (SGOT/AST) INCREASE
          ORGAN WEIGHT DECREASE
          CELLULAR ATROPHY
SITES:    THYMUS                                  SPLEEN
COMMENTS: SLIGHT ATROPHY OF THYMUS AND SPLENIC FOLLICLES

STUDY:    5              COMPLETENESS:   SOURCE: J AM PHARM ASSOC SCI ED
                                                 34:86-89
TYPE:     SUBCHRONIC RODENT              YEAR:   1945
SPECIES:  RAT                            LEL:    >       MG/KG BW/DAY
DURATION: 90 DAYS                        HNEL:   600     MG/KG BW/DAY
EFFECTS:  NO EFFECTS
SITES:
COMMENTS: BODY WEIGHT, BLOOD, HISTOPATH AND REPRODUCTION OBSERVED

STUDY:    6              COMPLETENESS:   SOURCE: J AM PHARM ASSOC SCI ED
                                                 34:86-89
TYPE:     SUBCHRONIC MAMMAL (NON-RODENT) YEAR:   1945
SPECIES:  DOG                            LEL:    >       MG/KG BW/DAY
DURATION: 112 DAYS                       HNEL:   1380    MG/KG BW/DAY
EFFECTS:  NO EFFECTS
SITES:
COMMENTS: NO BEHAVIORAL, BIOCHEMICAL OR HISTOPATHOLOGICAL ABNORMALITIES

STUDY:    10             COMPLETENESS:   SOURCE: GRP 7T0195 3
TYPE:     TERATOGENICITY                 YEAR:   1973
SPECIES:  RAT                            LEL:    >       MG/KG BW/DAY

//.

05 MAY 94                                                    PAGE   3

DOCNUM=1937

```
DURATION: 10 DAYS                    HNEL:   295    MG/KG BW/DAY
EFFECTS:  NO EFFECTS
SITES:
COMMENTS: ADMINISTERED DAY 6-15 OF GESTATION

STUDY:    9           COMPLETENESS:     SOURCE: GRP 7T0195 3
TYPE:     TERATOGENICITY              YEAR:   1973
SPECIES:  MOUSE                       LEL:    >      MG/KG BW/DAY
DURATION: 10 DAYS                     HNEL:   241    MG/KG BW/DAY
EFFECTS:  NO EFFECTS
SITES:
COMMENTS: ADMINISTERED DAY 6-15 OF GESTATION

STUDY:    11          COMPLETENESS:     SOURCE: GRP 7T0195 3
TYPE:     TERATOGENICITY              YEAR:   1973
SPECIES:  HAMSTER                     LEL:    >      MG/KG BW/DAY
DURATION: 5 DAYS                      HNEL:   272    MG/KG BW/DAY
EFFECTS:  NO EFFECTS
SITES:
COMMENTS: ADMINISTERED DAY 6-10 OF GESTATION

STUDY:    12          COMPLETENESS:     SOURCE: GRP 7T0195 3
TYPE:     TERATOGENICITY              YEAR:   1973
SPECIES:  RABBIT                      LEL:    >      MG/KG BW/DAY
DURATION: 13 DAYS                     HNEL:   425    MG/KG BW/DAY
EFFECTS:  NO EFFECTS
SITES:
COMMENTS: ADMINISTERED DAY 6-18 OF GESTATION

STUDY:    8           COMPLETENESS:     SOURCE: J AGRIC FOOD CHEM 5:759-760
TYPE:     RAT ONCOGENICITY            YEAR:   1957
SPECIES:  RAT                         LEL:    >      MG/KG BW/DAY
DURATION: 728 DAYS                    HNEL:   2000   MG/KG BW/DAY
EFFECTS:  NO EFFECTS
SITES:
COMMENTS: MALES ONLY

STUDY:    7           COMPLETENESS:     SOURCE: VOEDING 17:137-148
TYPE:     REPRODUCTION (3-GENERATION) YEAR:   1956
SPECIES:  RAT                         LEL:    >      MG/KG BW/DAY
DURATION:                             HNEL:   800    MG/KG BW/DAY
EFFECTS:  NO EFFECTS
SITES:
COMMENTS:
```

----------------------------------------------------------------------

BOX 3:    GENETIC TOXICITY STUDIES

```
STUDY:    15          COMPLETENESS:     SOURCE:
TYPE:                                 YEAR:
SPECIES:                              LEL:           MG/KG BW/DAY
DURATION:                             HNEL:
EFFECTS:
CELLS:
COMMENTS:
```

----------------------------------------------------------------------

Page 13